| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  A.T & M.D Trucking LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  81-2483630

**4. Debtor's address**

Principal place of business

**1723 Hartig Dr.**
**Grove City, OH 43123**
Number, Street, City, State & ZIP Code

**Franklin**
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **A.T & M.D Trucking LLC** _____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **A.T & M.D Trucking LLC**     Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

| Debtor | **A.T & M.D Trucking LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000           ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  **A.T & M.D Trucking LLC**                             Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 25, 2025**
MM / DD / YYYY

X  **/s/ Antonio Tyree**                                       **Antonio Tyree**
Signature of authorized representative of debtor                Printed name

Title  **Sole Member**

**18. Signature of attorney**

X  **/s/ John W. Kennedy**                                     Date  **April 25, 2025**
Signature of attorney for debtor                                MM / DD / YYYY

**John W. Kennedy 0042672**
Printed name

**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
Firm name

**575 S. Third St**
**Columbus, OH 43215**
Number, Street, City, State & ZIP Code

Contact phone  **614-228-6345**        Email address

**0042672 OH**
Bar number and State

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 5

## AT&MD Trucking LLC  -  Balance Sheet  (2025)

Date:  5/4/2025

**Balance Sheet**

| Assets | | Liabilities | |
|---|---:|---|---:|
| Current assets: | | Current liabilities: | |
| Cash | $12,277.00 | Accounts Payable | $0.00 |
| Accounts receivable | $28,000.00 | Accrued expenses | - |
| Inventory | | Unearned revenue | - |
| Prepaid expenses | | Notes, short-term | $117,241.00 |
| Other current assets | - | Current part of long-term debt | - |
| **Total current assets** | **$40,277.00** | **Total current liabilities** | **$117,241.00** |
| | | | |
| Fixed assets: | | Long-term debt: | $1,556,130.00 |
| Machinery & equipment | | Bank loans payable | |
| Furniture & fixtures | - | Notes payable to stockholders | - |
| Leasehold improvements | - | LESS: short-term portion | - |
| Land & buildings | - | Other long term debt | |
| Other fixed assets | $370,000.00 | | |
| **Total fixed assets** | **$370,000.00** | **Total Liabilities** | **$1,673,371.00** |
| | | | |
| | | **Shareholder's Equity** | |
| Other assets: | | Other assets: | |
| Intangible assets | - | Invested capital | - |
| Goodwill | - | Retained earnings - beginning | $0.00 |
| Deposits | | Retained earnings - current | $0.00 |
| Other assets | | | |
| **Total other assets** | **$0.00** | **Total Shareholder's Equity** | **-$1,263,094.00** |
| **Total Assets** | **$410,277.00** | **Total Liabilities & Shareholder's Equity** | **$410,277.00** |

**A.T & M.D Trucking LLC**
**Profit and Loss**

|  | 2024 | Jan | Feb | Mar | Apr |
|---|---:|---:|---:|---:|---:|
| Income |  |  |  |  |  |
|   Sales | $ 524,414 | $ 45,544 | $ 47,524 | $ 50,552 | $ 52,790 |
| Total Income | $ 524,414 | $ 45,544 | $ 47,524 | $ 50,552 | $ 52,790 |
|  |  |  |  |  |  |
| Expense |  |  |  |  |  |
|   Advertising | $ - | $ - | $ - |  |  |
|   Automobile Expense |  |  |  |  |  |
|     Automobile Fuel | $ 51,004 | $ 4,762 | $ 5,013 | $ 4,964 | $ 5,102 |
|     Truck Maintenance | $ 24,335 | $ 3,116 | $ 2,768 | $ 2,758 | $ 3,392 |
|   Contract Labor |  |  |  |  |  |
|   Dues & Subscriptions | $ - | $ - | $ - |  |  |
|   Insurance | $ 14,113 | $ 1,239 | $ 1,262 | $ 1,250 | $ 1,254 |
|   Licenses & Fees | $ - | $ - | $ - |  |  |
|   Meals | $ 106 | $ 10 | $ 12 | $ 11 | $ 10 |
|   Office Supply & Software | $ 90 | $ 7 | $ 8 | $ 9 | $ 11 |
|   Outside Services |  |  |  |  |  |
|   Payroll Expenses | $ 202,357 | $ 17,789 | $ 18,368 | $ 18,125 | $ 18,220 |
|   Rent | $ 5,700 | $ 500 | $ 500 | $ 500 | $ 550 |
|   Taxes | $ 894 | $ - | $ - |  |  |
|   Utilities | $ - | $ - | $ - |  |  |
| Total Expense | $ 298,599 | $ 27,423 | $ 27,931 | $ 27,617 | $ 28,539 |
|  |  |  |  |  |  |
| Total Net Income | $ 225,815 | $ 18,121 | $ 19,593 | $ 22,935 | $ 24,251 |

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065. Go to www.irs.gov/ScheduleC for instructions and the latest information. | 2023 Attachment Sequence No. 09 |

Name of proprietor: **ANTONIO TYREE**

Social security number (SSN): ▉▉▉▉▉

**A** Principal business or profession, including product or service (see instructions): TRUCKING CONTRACTOR,

**B** Enter code from instructions: 4 8 4 1 1 0

**C** Business name. If no separate business name, leave blank: ATMD TRUCKING LLC

**D** Employer ID number (EIN) (see instr.): 8 1 2 4 8 3 6 3 0

**E** Business address (including suite or room no.): 2274 FARADAY BLVD
City, town or post office, state, and ZIP code: GROVE CITY OH 43123

**F** Accounting method: (1) ☒ Cash   (2) ☐ Accrual   (3) ☐ Other (specify)

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses  ☒ Yes ☐ No

**H** If you started or acquired this business during 2023, check here  ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions  ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099?  ☐ Yes ☐ No

### Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  ☐ | 1 | 592558 |
| 2 | Returns and allowances | 2 | 0 |
| 3 | Subtract line 2 from line 1 | 3 | 592558 |
| 4 | Cost of goods sold (from line 42) | 4 | 0 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 592558 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | 0 |
| 7 | Gross Income. Add lines 5 and 6 | 7 | 592558 |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---:|---:|---|---|---|---:|
| 8 | Advertising | 8 | 0 | 18 | Office expense (see instructions) | 18 | 9623 |
| 9 | Car and truck expenses (see instructions) | 9 | 136989 | 19 | Pension and profit-sharing plans | 19 | 0 |
| 10 | Commissions and fees | 10 | 0 | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 33905 | a | Vehicles, machinery, and equipment | 20a | 20034 |
| 12 | Depletion | 12 | 0 | b | Other business property | 20b | 28310 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 127168 | 21 | Repairs and maintenance | 21 | 22545 |
| | | | | 22 | Supplies (not included in Part III) | 22 | 47212 |
| | | | | 23 | Taxes and licenses | 23 | 1277 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | 0 | a | Travel | 24a | 0 |
| | | | | b | Deductible meals (see instructions) | 24b | 2113 |
| 15 | Insurance (other than health) | 15 | 19113 | 25 | Utilities | 25 | 0 |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | 26 | 0 |
| a | Mortgage (paid to banks, etc.) | 16a | 0 | 27a | Other expenses (from line 48) | 27a | 1810 |
| b | Other | 16b | 0 | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | 0 |
| 17 | Legal and professional services | 17 | 6875 | | | | |

| | | | |
|---|---|---|---:|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27b | 28 | 456974 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 135584 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>Simplified method filers only: Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | 0 |
| 31 | Net profit or (loss). Subtract line 30 from line 29.<br>• If a profit, enter on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see instructions.) Estates and trusts, enter on Form 1041, line 3.<br>• If a loss, you must go to line 32. | 31 | 135584 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both Schedule 1 (Form 1040), line 3, and on Schedule SE, line 2. (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on Form 1041, line 3.<br>• If you checked 32b, you must attach Form 6198. Your loss may be limited. | 32a ☐ All investment is at risk.<br>32b ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.   Schedule C (Form 1040) 2023

BNA

Schedule C (Form 1040) 2023 Page **2**

### Part III — Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ... ☐ Yes   ☐ No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | |

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month/day/year) ____ / ____ / ____

44 Of the total number of miles you drove your vehicle during 2023, enter the number of miles you used your vehicle for:

a Business _____   b Commuting (see instructions) _____   c Other _____

45 Was your vehicle available for personal use during off-duty hours? ... ☐ Yes   ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? ... ☐ Yes   ☐ No

47a Do you have evidence to support your deduction? ... ☐ Yes   ☐ No

b If "Yes," is the evidence written? ... ☐ Yes   ☐ No

### Part V — Other Expenses.
List below business expenses not included on lines 8–26, line 27b, or line 30.

| Description | Amount |
|---|---|
| CELL PHONE | 1810 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on line 27a | 48  1810 |

Schedule C (Form 1040) 2023

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25- |
| | : | |
| A.T & M.D Trucking LLC, | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge |

## DECLARATION OF ANTONIO TYREE

Antonio Tyree declares, under penalty of perjury, in accordance with 28 U.S.C. § 1746:

1. I am the sole member and president of A.T & M.D Trucking LLC (the "Debtor"), a limited liability company formed under the laws of the State of Ohio. The Debtor is the debtor in this chapter 11 case. I am the sole member of the Debtor, and I am personally familiar with all aspects of its history, financials, and operations.

2. I am authorized to submit this Declaration on behalf of the Debtor.

3. Pursuant to 11 U.S.C. §§1116(1) and 1187(a), the following documents are attached to the petition:

   a. The most recently filed Schedule C to my personal income tax return.

   b. The Debtor's most recent balance sheet.

   c. The Debtor's most recent P&L statement (cash-flow statement).

4. The Debtor is not required to file a separate federal income tax return, and the Debtor has not prepared any other statements of operations or financial statements at this time.

Dated: April 25, 2025           /s/ Antonio Tyree
                                Antonio Tyree, Sole Member
                                A.T & M.D Trucking LLC

```
CFG Merchant Services, LLC
180 Maiden Ln., 15th Fl.
New York, NY 10038

First Financial Bank
225 Pictoria Dr., Ste. 700
Cincinnati, OH 45246

Flash Advance
4000 Hollywood Blvd., Ste. 360-N
Hollywood, FL 33021

Jeffrey M. Hendricks
312 Walnut St., Ste. 1800
Cincinnati, OH 45202

JPMorgan Chase Bank NA
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203

Navy Federal Credit Union
820 Follin Ln. SE
Vienna, VA 22180

U.S. Attorney
303 Marconi Blvd.
Columbus, OH 43215

U.S. Small Business Administration
65 East State St., Ste. 1350
Columbus, OH 43215
```

# United States Bankruptcy Court
## Southern District of Ohio

In re  **A.T & M.D Trucking LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **A.T & M.D Trucking LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 25, 2025**  
Date

**/s/ John W. Kennedy**  
**John W. Kennedy 0042672**  
Signature of Attorney or Litigant  
Counsel for  **A.T & M.D Trucking LLC**  
**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**  
**575 S. Third St**  
**Columbus, OH 43215**  
**614-228-6345 Fax:614-228-6369**