UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-52131 |
| | : | |
| A.T & M.D Trucking LLC, | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

## APPLICATION OF DEBTOR
## FOR AUTHORITY TO EMPLOY AND COMPENSATE APPRAISER

Now comes A.T & M.D Trucking LLC, debtor and debtor-in-possession (the "Debtor") and moves this Court for an Order authorizing the Debtor to employ and compensate an appraiser pursuant to 11 U.S.C. §§327 and 330, Fed. R. Bankr. P. 2014 and L.B.R. 2014-1. In support of its motion, the Debtor represents to the Court as follows:

1.  A.T & M.D Trucking LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") on May 16, 2025 (the "Petition Date").

2.  James Coutinho (the "Trustee") is the duly appointed Subchapter V trustee herein.

3.  Among the assets of this estate is the Debtor's interest in certain vehicles (the "Vehicles") that the Debtor believes are secured by a lien in favor of First Financial Bank ("First Financial"). A list of the Vehicles is attached hereto as Exhibit A. In the Debtor's schedules, the Debtor estimated the aggregate value of the Vehicles to be approximately $370,000.00.

4.  The Debtor seeks to employ Chris Davis and Auction Ohio (the "Appraiser") to appraise the Vehicles so that the Debtor will have a more accurate determination of their value.

5.  The Debtor believes that it is in the best interest of the bankruptcy estate and is necessary to employ the Appraiser to appraise the Vehicles. The terms of employment of the Appraiser are as follows:

1

    **Appraiser:**    Auction Ohio
    7461 Worthington Galena Rd.
    Worthington, OH 43085

    **Terms:**    A written appraisal to be completed within 30 days after Court approval of this application.

    **Fees:**    Flat fee of $500.00.

6.    The Debtor believes, and the Appraiser represents, that this fee is the standard fee charged by the Appraiser to appraise vehicles similar to the Vehicles, and that this fee is standard for appraisal services in the area.

7.    The Debtor believes, and the Appraiser represents, that the Appraiser does not hold or represent an interest adverse to the estate and is a disinterested person, as required by 11 U.S.C. §327(a) and is neither related to nor connected with a judge of the Bankruptcy Court or the District Court for the Southern District of Ohio.  An Affidavit of the Appraiser is attached as Exhibit B. The Debtor believes that the Appraiser is a "disinterested person" as required by 11 U.S.C. §327 and 101(14).

8.    The Debtor also seeks the authority to compensate the Appraiser pursuant to the terms set forth above without further order of the Court.  The Appraiser has not received any fees for a period of one year prior to the filing of the petition in this case through the time of the filing of this application.  The Appraiser has received no retainer.  Such disclosures are made pursuant to LBR 2014-1(b).

9.    The Debtor seeks to employ and compensate the Appraiser as set forth above because of the Appraiser's experience in appraising machinery, equipment and vehicles.

Based upon the foregoing, it is respectfully requested that the Court issue an Order authorizing the Debtor to employ and compensate Chris Davis and Auction Ohio as Appraiser, on

the terms and conditions set forth in this Application, and that the Court grant such other and further relief as is appropriate.

                                            Respectfully submitted,

                                            /s/ John W. Kennedy
                                        Myron N. Terlecky (0018628)
                                        John W. Kennedy (0042672)
                                        Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
                                        575 South Third Street
                                        Columbus, OH  43215
                                        T: (614) 228-6345  F: (614) 228-6369
                                        Email: mnt@columbuslawyer.net
                                                    jwk@columbuslawyer.net
                                        Proposed Attorneys for the Debtor

**Exhibit A**

## A.T. & M.D Trucking LLC

### Vehicles

2016 Kenworth dump truck, xx0593

2017 Kenworth dump truck, xx7989

2020 Kenworth dump truck, xx8528

2023 Kenworth dump truck, xx5830

2023 Kenworth dump truck, xx5829

2022 Chevrolet Silverado pickup truck, xx4654

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 25-52131 |
| | : | |
| A.T & M.D Trucking LLC, | : | Chapter 11 |
| | : | Subchapter V |
| Debtor. | : | Judge Hoffman |

### AFFIDAVIT OF CHRIS DAVIS IN SUPPORT OF APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY AND COMPENSATE APPRAISER

STATE OF OHIO         )
COUNTY OF FRANKLIN )    SS:

I, Chris Davis, being first duly cautioned and sworn, state as follows:

1. I am a duly authorized and licensed auctioneer with Auction Ohio as named in the Application of Debtor for Authority to Employ and Compensate Auctioneer (the "Application").

2. I have read the Application and I approve the terms and conditions therein.

3. Neither I nor any entity with which I am connected (a) are employed by or connected with the Debtor, or with any person having any interest adverse to the bankruptcy estate; (b) have any past or present relationship with Debtor, any insiders or affiliates of the Debtor, or any creditor or equity security holder of the Debtor, or the attorney or accountant for any of them, the United States Trustee, or any person employed in the Office of the United States Trustee, except that the Debtor's law firm has employed me to act as a realtor and auctioneer in other cases. Further, the Debtor's law firm has provided legal services to me when I served as a court-appointed special master. I do not hold or represent an interest adverse to the estate.

4. I am a disinterested person within the meaning of 11 U.S.C. §327 and 101(14).

5. I have the knowledge and expertise to provide an appraisal of the Vehicles identified in the Application.

6. The fee for providing an appraisal of the Vehicles is $500.00, which is the standard fee.

7. My proposed employment is not prohibited by, or improper under, Bankruptcy Rule 5002, and no understanding or agreement exists for a division of fees or compensation between myself or any entity with which I am connected except as required under my agreement with Auction Ohio.

8. Neither I nor any entity with which I am affiliated, is an officer or employee of the Judicial Branch of the United States or the United States Department of Justice.

9. Neither I nor any entity with which I am affiliated will, under any circumstances, purchase or acquire any interest in any of the property with which I am dealing.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Chris Davis
Chris Davis

Sworn to before me and subscribed in my presence this 3rd day of June 2025. *This is a jurat certificate; an oath or affirmation was administered to the signer with regard to this notarial act.*

Brian L. Clary
Notary Public, State of Ohio
My Commission Expires 10-19-2028
Notary Public

6

**NOTICE OF APPLICATION OF DEBTOR FOR AUTHORITY
TO EMPLOY AND COMPENSATE APPRAISER AND CERTIFICATE OF SERVICE**

A.T & M.D Trucking LLC has filed papers with the court seeking the authority to employ and compensate an appraiser to appraise personal property that is property of the bankruptcy estate.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application,** you or your attorney must file with the court a response explaining your position by mailing your response by first class U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) first class U.S. Mail to:

United States Trustee  
170 North High Street, Suite 200  
Columbus, Ohio 43215  

John W. Kennedy, Esq.  
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA  
575 South Third Street  
Columbus, Ohio 43215  

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY AND COMPENSATE APPRAISER was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email addresses registered with the Court and (ii) by first class U.S. mail on June 4, 2025, addressed to all creditors and parties in interest as set forth on the attached mailing matrix and as set forth below:

Auction Ohio  
Attn: Chris Davis  
7461 Worthington Galena Rd.  
Worthington, OH 43085  

/s/ John W. Kennedy  
John W. Kennedy (0042672)

7

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:25-bk-52131<br>Southern District of Ohio<br>Columbus<br>Wed May 28 13:56:47 EDT 2025 | A.T & M.D Trucking, LLC<br>1723 Hartig Dr.<br>Grove City, OH 43123-7591 | Pamela Arndt<br>DOJ-Ust<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | CFG Merchant Services, LLC<br>180 Maiden Ln., 15th Fl.<br>New York, NY 10038-5150 | James A. Coutinho<br>Allen Stovall Neuman & Ashton LLP<br>10 West Broad Street<br>Ste. 2400<br>Columbus, OH 43215-3469 |
| First Financial Bank<br>255 East Fifth Street<br>Suite 700<br>Cincinnati, OH 45202-4138 | First Financial Bank<br>225 Pictoria Dr., Ste. 700<br>Cincinnati, OH 45246-1620 | Flash Advance<br>4000 Hollywood Blvd., Ste. 360-N<br>Hollywood, FL 33021-1240 |
| Jeffrey M Hendricks<br>Bricker Graydon LLP<br>312 Walnut Street<br>Suite 1800<br>Cincinnati, OH 45202-4060 | JPMorgan Chase Bank NA<br>Mail Code LA4-7100<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | Jeffrey M. Hendricks<br>312 Walnut St., Ste. 1800<br>Cincinnati, OH 45202-4060 |
| John W Kennedy<br>Strip Hoppers Leithart McGrath & Terleck<br>575 S. Third St.<br>Columbus, OH 43215-5755 | Joseph Michael McCandlish<br>DOJ-USAO<br>303 Marconi Blvd.<br>Suite 200<br>Columbus, OH 43215-2840 | Navy Federal Credit Union<br>820 Follin Ln. SE<br>Vienna, VA 22180-4907 |
| U.S. Attorney<br>303 Marconi Blvd.<br>Columbus, OH 43215-2840 | U.S. Small Business Administration<br>65 East State St., Ste. 1350<br>Columbus, OH 43215-4237 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Small Business Administration | (u)United States of America | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     2<br>Total                  18 |